

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00183-CV

IN THE INTEREST OF O.R. AND
M.R., CHILDREN

------------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 16-07740-211

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's May 8, 2018 "Order of Termination." The trial court subsequently granted appellant's motion for new trial on July 2, 2018, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

On July 9, 2018, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal

---

[1]*See* Tex. R. App. P. 47.4.

would be dismissed as moot unless, on or before July 19, 2018, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  BIRDWELL, GABRIEL, and KERR, JJ.

DELIVERED:  July 26, 2018